# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER PRATTS, | |
| Plaintiff, | CIVIL ACTION NO. 3:19-cv-01192 |
| v. | (SAPORITO, M.J.) |
| STATE FARM FIRE and CASUALTY, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 15th day of June, 2021, upon consideration of the fee petition (Doc. 49) filed by counsel for the plaintiff, the submissions of the parties, and in accordance with the accompanying Memorandum, it is hereby **ORDERED** that:

1. From the deposited fund in the amount of $110,510.20, plaintiff's counsel shall receive the sum of $17,657.35 as reimbursement for counsel fees and costs incurred in connection with recovery of the insurance proceeds that comprise the fund; and

2. The balance of $92,852.85 shall be payable to the defendant, Bank of America, N.A.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE